UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 22-CR-20546
HON. MARK A. GOLDSMITH

JOHN GIBSON,

Defendant.
_______________________________________/

**ORDER DENYING**
**DEFENDANT'S REQUEST FOR CLEMENCY (Dkt. 77)**

In this criminal action, Defendant John Gibson pleaded guilty to Conspiracy to Commit Theft from a Federally Funded Program, in violation of 18 U.S.C. § 371. Gibson also stipulated as to the amount of restitution to be included in the judgment. See Dkt. 73. In 2024, this Court sentenced Gibson to 18 months of imprisonment, to be followed by a 3-year term of supervised release, and ordered him to pay $2,313,940.00 in restitution to Wayne County. See Am. Judgment (Dkt. 74). Gibson did not file a direct appeal and time permitted for doing so has passed.

Acting pro se, Gibson requests "clemency in the form of a remission of the restitution" ordered by this Court. Dkt. 77, PageID.517. The Government opposes Gibson's request. Dkt. 79.

To the extent that Gibson seeks federal clemency from this Court, this Court lacks jurisdiction over that request. "Federal clemency is exclusively executive: Only the President has the power to grant clemency for offenses under federal law." *Harbison v. Bell,* 556 U.S. 180, 187 (2009) (citing U.S. Const., Art. II, cl. 1).

And to the extent that Gibson's motion asks this Court to amend the judgment in this case to alter the restitution ordered, Gibson has not identified any legally permissible basis for doing so.

Accordingly, Gibson's request is denied.

**SO ORDERED.**

Dated: September 21, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 21, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager